# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| YIRENYS GONZALEZ-VIAMONTES, et al., | Case No. 2:24-cv-01421-GMN-NJK |
| Plaintiff(s), | **Order** |
| v. | [Docket No. 7] |
| ALLSTATE INSURANCE COMPANY, | |
| Defendant(s). | |

Pending before the Court is Plaintiff's notice of Rule 26(f) conference. Docket No. 7. Discovery-related documents must be <u>served</u> on the affected party, not <u>filed</u> on the docket, unless ordered by the Court. *See, e.g.*, Local Rule 26-8; Fed. R. Civ. P. 5(d)(1). No such order has been entered in this case. Accordingly, the Court **STRIKES** the above-referenced document, and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

IT IS SO ORDERED.

Dated: August 20, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

1