UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| YIRENYS GONZALEZ-VIAMONTES, *et al.*, | Case No. 2:24-cv-01421-GMN-NJK |
| Plaintiff(s), | **Scheduling Order** |
| v. | [Docket No. 11] |
| ALLSTATE INSURANCE COMPANY, | |
| Defendant. | |

Pending before the Court is a joint discovery plan, Docket No. 11, which is **DENIED**.

First, the discovery plan seeks special scheduling without sufficient explanation. Local Rule 26-1(b)(1). The discovery plan seeks a longer discovery period because "the parties will require additional time for disclosure of experts and depositions" as the case has multiple plaintiffs and medical providers. Docket No. 11 at 5. The parties fail to demonstrate how these facts cause this case to be different than many others that come before this Court, and, therefore, require more time than the default discovery period.

Second, the discovery plan seeks an extended deadline for initial disclosures that is 10 days after the submission of the discovery plan.[1] Docket No. 11 at 4. However, the default deadline for initial disclosures is 14 days after the Rule 26(f) conference. Fed. R. Civ. P. 26(a)(1)(C). No explanation is provided as to why Defendant's initial disclosures have not yet been provided as the parties held their Rule 26(f) conference on September 5, 2024.

<u>An amended discovery plan must be filed by September 30, 2024.</u>

IT IS SO ORDERED.

Dated: September 25, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] The stipulation is dated September 18, 2024, Docket No. 11 at 5, but the stipulation was filed on September 24, 2024.

1