MELISSA INGLEBY, ESQ.
Nevada State Bar No. 12935
DELEELA M. WEINERMAN, ESQ.
Nevada State Bar No. 13985
BREMER WHYTE BROWN & O'MEARA LLP
1160 N. TOWN CENTER DRIVE
SUITE 250
LAS VEGAS, NV 89144
TELEPHONE:  (702) 258-6665
FACSIMILE:   (702) 258-6662
mingleby@bremerwhyte.com
dweinerman@bremerwhyte.com

Attorneys for Defendant,
ALLSTATE INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| YIRENYS GONZALEZ-VIAMONTES, an individual; YORDANIS BERBES, an individual; ISIDRO ARIEL BELLAS LA O an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY., a Foreign Corporation; DOE INDIVIDUALS I-X, inclusive; ROE CORPORATIONS I-X; ROE BUSINESS ENTITIES, inclusive; DOES I-X; inclusive,<br><br>Defendants. | Case No. 2:24-cv-01421-GMN-NJK<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs Yirenys Gonzalez-Viamontes, Yordanis Berbes and Isidro Ariel Bellas La O by and through their attorney of record, Ralph A. Schwartz, Esq. of Ralph A. Schwartz. P.C. and Defendant Allstate Insurance Company by and through its attorneys of record, Melissa Ingleby, Esq. and Deleela M. Weinerman, Esq. of the law firm Bremer, Whyte, Brown & O'Meara, LLP, that all of Plaintiff's claims against Defendant

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

1498.231  4912-3901-8839.1

ALLSTATE INSURANCE COMPANY be dismissed, with prejudice, the parties to each bear their own fees and costs.

DATED this 24 day of July 2025

DATED this ___ day of July 2025

**BREMER WHYTE BROWN & O'MEARA LLP**

/s/ *Deleela M. Weinerman*
Melissa Ingleby, Esq.
Nevada State Bar No. 12935
Deleela M. Weinerman, Esq.
Nevada State Bar No. 13985
*Attorneys for Defendant,*
*Allstate Insurance Company*

**RALPH A. SCHWARTZ, P.C.**

/s/ *Ralph Schwartz*
Ralph A. Schwartz, Esq.
Nevada State Bar No. 5488
*Attorney for Plaintiffs,*
*Yirenys Gonzalez-Viamontes,*
*Yordanis Berbes and*
*Isidro Ariel Bellas La O*

**ORDER**

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

Dated: July 25, 2025

The **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE)** in 2:24-cv-01421-GMN-NJK was submitted by:

**BREMER WHYTE BROWN & O'MEARA LLP**

/s/ *Deleela M. Weinerman*
Melissa Ingleby, Esq.
Nevada State Bar No. 12935
Deleela M. Weinerman, Esq.
Nevada State Bar No. 13985
*Attorneys for Defendant,*
*Allstate Insurance Company*

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

1498.231  4912-3901-8839.1